ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Tunista Construction, LLC | )   ASBCA No. 60380 |
| | ) |
| Under Contract No. W912NR-13-P-0142 | ) |

APPEARANCE FOR THE APPELLANT:       John P. Ahlers, Esq.
                                    Ahlers & Cressman PLLC
                                    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                    Army Chief Trial Attorney
                                    MAJ David H. Stem, JA
                                    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  2 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60380, Appeal of Tunista Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals